

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

ANTONIO BARBA DUENAS,     §     No. 08-18-00022-CR

         Appellant,     §     Appeal from the

v.     §     41st District Court

THE STATE OF TEXAS,     §     of El Paso County, Texas

         State.     §     (TC# 20100D02223)

§

# O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **October 11, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Leonard Morales, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before October 11, 2018.

IT IS SO ORDERED this 12th day of September., 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.